DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

  JACOB ALEXANDRE AND
  LIBNITE ALEXANDRE,

    Debtors.

Case No. 09-22739-RDD
(Chapter 7)

## CONDITIONAL ORDER

Debtors having filed a Motion to Redeem Pursuant to 11 U.S.C. Section 105(a) and Section 722 and creditor, Toyota Motor Credit Corporation, having filed a Response to Debtors' Motion to Redeem Pursuant to 11 U.S.C. Section 105(a) and Section 722; and

UPON reading and filing the debtors' Motion to Redeem Pursuant to 11 U.S.C. Section 105(a) and Section 722 and Toyota Motor Credit Corporation's Response, dated July 9, 2009, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and the parties having consented hereto, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of Toyota Motor Credit Corporation, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

ORDERED, that the debtors shall redeem the 2003 Toyota Camry (V.I.N. 4T1BE32K33U707354) pursuant to 11 U.S.C. Section 722 by making payment in the amount of $10,100.00 to Toyota Motor Credit Corporation within thirty (30) days of approval of this instant Order; and it is further

ORDERED, that in the event the abovementioned payment is not timely received then Toyota Motor Credit Corporation shall be entitled to submit a Certificate of Non-Compliance and proposed Order Granting Relief from the Automatic Stay.

DATED:    August 3, 2009
                New York, New York

<u>/s/ Robert D. Drain</u>
Hon. Robert D. Drain
United States Bankruptcy Judge
Southern District of New York

E N T E R:

B-TOYOTA.09.04150